Peter F. Habein
Matthew A. Baldassin
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
Billings, Montana  59103-2529
Telephone:  (406) 252-3441
Facsimile:  (406) 256-0277
phabein@crowleyfleck.com
mbaldassin@crowleyfleck.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANIKA HUTH,<br><br>              Plaintiff,<br><br>  vs.<br><br>THOSE CERTAIN UNDERWRITERS AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NUMBERS 115NAP108111970 AND 115NAP109111970,<br><br>              Defendants.<br>_____<br>SAMANTHA LASORTE,<br><br>              Plaintiff,<br><br>  vs.<br><br>THOSE CERTAIN UNDERWRITERS AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NUMBERS 115NAP108111970 AND 115NAP109111970,<br><br>              Defendants. | Case No. 12-00086-DWM<br><br><br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><br><br><br><br>Case No. 12-00087-DWM |

1

COMES NOW those Certain Underwriters at Lloyd's severally subscribing to Policy Numbers 115NAP108111970 and 115NAP109111970 (collectively, "Lloyd's") and moves for summary judgment pursuant to Fed. R. Civ. P. 56. Plaintiffs Anika Huth and Samantha LaSorte have filed suit against Lloyd's seeking recovery of damages allegedly suffered as a result of the discrimination while employed by Real Estate Client Referrals, LLC ("RECR"). Lloyd's insured RECR at the time of the events alleged by Plaintiffs. However, Lloyd's contractual duty to cover Plaintiffs' damages was never triggered due to RECR's failure to comply with the self-insured retention provisions of the subject insurance policy. Because Montana law is clear that insurance policies are interpreted by their provisions, and because the provisions of the underlying insurance policy absolve Lloyd's of any liability, Lloyd's moves for summary judgment as to all of Ms. Huth's claims and Ms. LaSorte's claims.

A brief in support of this motion and statement of undisputed facts are filed concurrently herewith.

Dated this 20th day of June, 2013.

                                      CROWLEY FLECK PLLP

                                      By /s/ Matthew A. Baldassin
                                          Matthew A. Baldassin
                                          Attorneys for Defendants

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, this 20th day of June, 2013:

| | |
|---|---|
| 1, 2 | CM/ECF |
| \_\_\_\_\_ | Hand Delivered |
| \_\_\_\_\_ | Mail |
| \_\_\_\_\_ | Overnight Delivery Service |
| \_\_\_\_\_ | Fax |
| \_\_\_\_\_ | E-mail |

1. Clerk of U.S. District Court

2. Torrance L. Coburn
   TIPP & BULEY, P.C.
   2200 Brooks Street
   PO Box 3778
   Missoula, MT  59806-1788

        CROWLEY FLECK PLLP

        By /s/ Matthew A. Baldassin
          Matthew A. Baldassin
          Attorneys for Defendants